UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Cr. No. 04-80636

                                            HONORABLE AVERN COHN

NICOLE MARIE O'NEILL,

        Defendant.
_____/

## ORDER EXTENDING REPORTING DATE TO FEDERAL INSTITUTION

Upon the Stipulation of the above-parties to extend Defendant's reporting date from April 21, 2006, to May 19, 2006, because the Bureau of Prisons has yet to designate her to a facility, and the Court having considered the same;

**IT IS HEREBY ORDERED** that Defendant's report date to her designated facility be extended to May 19, 2006.

      **SO ORDERED.**

                                              s/ Avern Cohn
                                              **HONORABLE AVERN COHN**
                                              United States District Judge

Entered: April 21, 2006